UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Andres AGUIRRE, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ2996 <br><br> COMPLAINT FOR VIOLATION OF <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about July 23, 2021, within the Southern District of California, Defendant Andres AGUIRRE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Emma AMEZCUA-Rangel and Jesus Aaron MORALES-Puente, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of July 2021.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection (CBP) Officer Nina Plante, declare under penalty of perjury the following to be true and correct:

The complainant states that Emma AMEZCUA-Rangel and Jesus Aaron MORALES-Puente are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 23, 2021, at approximately 6:45 A.M., Andres AGUIRRE (Defendant), a United States citizen, applied for entry into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a silver Honda Accord bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his California Driver License and stated he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle, tapping the gas tank and noticed a solid sound rather than a hollow sound. The CBP Officer referred the Defendant and the vehicle to secondary for further inspection.

In secondary, Defendant drove the vehicle through Z-portal (X-Ray) and a CBP Officer noticed anomalies within the trunk. CBP Officers responded, and the Defendant was handcuffed and escorted to a secured office. CBP Officers assisted and removed two individuals from a non-factory rear seat compartment of the vehicle. They were later identified as Emma AMEZCUA-Rangel (MW1) and Jesus Aaron MORALES-Puente (MW2), determined to be citizens of Mexico without legal documents to enter the United States. MW1 and MW2 are now held as Material Witnesses (MW).

On July 23, 2021, at approximately 9:31 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant admitted knowledge of the individuals concealed in his vehicle and stated he knows it's illegal to do so. Defendant stated he was going to be paid $5,000 USD to smuggle the two individuals to an unknown location in the United States.

1

Continuation of Probable Cause Statement
RE: U.S. v. Andres AGUIRRE

A videotaped interview was conducted with MW1. MW1 stated she is a citizen of Mexico without lawful documents to enter or reside in the United States. MW1 stated her partner made all the smuggling arrangements and was going to pay $20,000 USD upon successful entry. MW1 stated she was going to Santa Margarita, California.

A videotaped interview was conducted with MW2. MW2 stated he is a citizen of Mexico without lawful documents to enter or reside in the United States. MW2 stated his friend made all the smuggling arrangements and was going to pay $14,500 USD upon successful entry. MW2 stated he was going to Fresno, California.

Executed on this 23rd day of July 2021 at 3:00 P.M.

_____
Nina Plante / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named herein committed the offense on July 23rd, 2021, in violation of Title 8, United States Code, Section 1324.

_____        10:50 PM, Jul 23, 2021
MAGISTRATE JUDGE                        DATE / TIME